# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 21, 2021

Lyle W. Cayce
Clerk

No. 21-10187

Lual Marko Deng

*Plaintiff—Appellant*,

*versus*

FBI Agencies,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:20-CV-154

Before Willett, Ho and Wilson, *Circuit Judges*.

Per Curiam:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.